UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WALTER COLE, an individual,<br><br>Defendant. | CASE NO. 1:24-cv-4288<br><br>Honorable Beth W. Jantz |

## MOTION FOR ENTRY OF AGREED CONSENT JUDGMENT

Plaintiff HP Tuners, LLC ("HPT" or "Plaintiff") and Defendant Walter Cole ("Cole" or "Defendant") have agreed to finally resolve the above-captioned litigation (the "Litigation"). Pursuant to that agreement, Plaintiff and Defendant have agreed to entry of an Agreed Consent Judgment on the terms provided in the attached **Exhibit A**.

Plaintiff and Defendant jointly request that the Court enter the Consent Judgment and Permanent Injunction in the form provided and for such other and further relief as this Court deems necessary and appropriate.

Dated: January 29, 2025

                                              **HP TUNERS, LLC**

                                              By: *s/ Andrew P. Bleiman*
                                              Andrew P. Bleiman (ARDC 6255640)
                                              Mark I. Fishbein (ARDC 6206919)
                                              Marks & Klein
                                              1363 Shermer Road, Suite 318
                                              Northbrook, Illinois 60062
                                              (312) 206-5162
                                              andrew@marksklein.com
                                              mark@marksklein.com

                                              *Attorneys for HP Tuners, LLC*

**WALTER COLE**

Dated: January 29, 2025

By: */s/ John P. Carlin*
John P. Carlin
Attorney At Law
Suburban Legal Group PC
1305 Remington Road, Suite C
Schaumburg, IL 60173
P: 847-843-8600 F: 847-850-2762
JCarlin@suburbanlegalgroup.com